DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER LEE RODGERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1637

_____

March 25, 2026

Appeal from the Circuit Court for Pinellas County; Julie Sercus, Judge.

Blair Allen, Public Defender, and Lee Adam Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.